# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH DONALD, | Case No.: 2:25-cv-00016-APG-BNW |
| Plaintiff | **Order** |
| v. | [ECF No. 5] |
| CHRIS LEE, | |
| Defendant | |

On May 2, 2025, Magistrate Judge Weksler recommended that I dismiss this case because plaintiff Keith Donald did not pay the filing fee or file an application for leave to proceed in forma pauperis and because he did not file a complaint. ECF No. 5. Donald did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 5) is accepted and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 27th day of May, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE